

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00349-CV

**IN RE** Venkateswar Rao **KODATI**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

On May 29, 2018, relator filed a petition for writ of mandamus and a motion for emergency temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than July 9, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED IN PART. That portion of the trial court's May 16, 2018 "Order Vacating Prior Order and Orders on Clarification, Motion for Enforcement and for Contempt" ordering relator to pay a fine of $500.00 is hereby STAYED pending final resolution of the petition for writ of mandamus. All other relief requested in relator's motion for emergency temporary relief is DENIED.

It is so **ORDERED** on June 21, 2018.

              PER CURIAM

ATTESTED TO: _____
        Keith E. Hottle,
        Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-02059, styled *In the Interest of M.P.K. and P.S.K., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.